UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6215-AG(CWx) | Date | June 27, 2008 |
|---|---|---|---|
| Title | ROBERT J. FLINT v CALIFORNIA STATE PRISON, LOS ANGELES COUNTY | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**   [IN CHAMBERS] ORDER SETTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

The Court sets defendant's Motion to Dismiss Plaintiff's First Amended Complaint by Defendant CDCR, erroneously sued as CSP-LAC for ehearing on August 11, 2008 at 10:00 a.m. before U.S. District Judge Andrew J. Guilford, in Courtroom 10D in the Santa Ana Courthouse.

The Order to Show Cause issued on May 9, 2008 is ordered DISCHARGED.

:   0

Initials of Preparer   lmb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6215-AG(CWx) | Date | June 27, 2008 |
|---|---|---|---|
| Title | ROBERT J. FLINT v CALIFORNIA STATE PRISON, LOS ANGELES COUNTY | | |